

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-17-00334-CV

Louis **DORFMAN**, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfman, Appellants (Cross-Appellees)

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek, Appellees (Cross-Appellants)

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of the court, appellants' Motion to Dismiss Appeal is GRANTED, and this appeal is DISMISSED. The costs of this appeal are taxed against appellants TMH Land Services, Inc., J.W. Cooper, Jr., Jonathan W. Floyd, Dor W. Brown, III, Michael D. Nirider, Gary and Theresa Poenisch Family Limited Partnership, and Judith Myers.

SIGNED September 5, 2018.

_____
Irene Rios, Justice